SECOND DEPARTMENT, APRIL, 1979

(April 2, 1979)

■ MAX FELLER et al., Respondents, v BAND FOOD CENTER, INC., et al., Appellants.—Order of the Supreme Court, Kings County, dated January 3,

1979, affirmed, with $50 costs and disbursements. No opinion. Lazer, J. P., Rabin, Gulotta and Cohalan, JJ., concur.